Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–27957–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Orlando Garcia–Lopez
   595 Ridgewood Drive
   Vineland, NJ 08361

Social Security No.:
   xxx–xx–2966

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              11/20/19
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens
under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served
seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection
to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case
may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 23, 2019
JAN: lgr

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-27957-JNP
Orlando Garcia-Lopez                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Sep 23, 2019
                               Form ID: 132              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db              +Orlando Garcia-Lopez,   595 Ridgewood Drive,   Vineland, NJ 08361-2993
518469493        Capital Health Regional Medical Center,   POBox 785841,   Philadelphia, PA 19178-5841
518469494       +Claudia Villalpando,   1711 Past Lane,   Vineland, NJ 08361-8525
518469495        Ditech Mortgage,   PO Box 9001719,   Louisville, KY 40290-1719
518469499        Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518469500       +PMAB LLC,   4135 S Stream Blvd Ste,   Charlotte, NC 28217-4636
518469501       +Qual Asset Reovery,   7 Foster Ave Suite 101,   Gibbstown, NJ 08026-1191
518469503      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State Of New Jersey,   P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
518469502       +South Jersey Health System,   PO Box 3129,   Secaucus, NJ 07096-3129
518469504       +Vineland Municipal Utilites,   PO Box 1508,   640 E. Wood Street,   Vineland, NJ 08360-3722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2019 00:04:08    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2019 00:04:04    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518469498       +E-mail/Text: cio.bncmail@irs.gov Sep 24 2019 00:03:19    IRS,   1601 Market St,
                 Philadelphia, PA 19103-2301
                                                                                      TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518469496*       IRS,   PO Box 744,   Springfield, NJ 07081-0744
518469497*       IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 07081
518469492      ##A-1 Collection,   101 Grovers Mill Road - Suite 303,   Lawrenceville, NJ 08648-4706
                                                                          TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Seymour  Wasserstrum   on behalf of Debtor Orlando  Garcia-Lopez mylawyer7@aol.com,
          ecf@seymourlaw.net
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 3