Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–27957–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Orlando Garcia–Lopez
   595 Ridgewood Drive
   Vineland, NJ 08361

Social Security No.:
   xxx–xx–2966

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/15/20
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 17, 2020
JAN: kvr

                            Jeanne Naughton
                            Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 19-27957-JNP
   Orlando Garcia-Lopez                                             Chapter 13
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jun 17, 2020
                               Form ID: 132                 Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
db             +Orlando Garcia-Lopez,    595 Ridgewood Drive,    Vineland, NJ 08361-2993
lm            #+Ditech Financial LLC,    Attn: Loss Mitigation,    2100 E. Elliot Road,    Bldg 94,
                 Tempe, AZ 85284-1806
518469493       Capital Health Regional Medical Center,    POBox 785841,    Philadelphia, PA 19178-5841
518469494      +Claudia Villalpando,    1711 Past Lane,   Vineland, NJ 08361-8525
518479771      +Ditech Financial LLC,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518566924      #Ditech Financial LLC,    P.O. Box 12740,   Tempe, AZ 85284-0046
518469495       Ditech Mortgage,    PO Box 9001719,   Louisville, KY 40290-1719
518653894       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518653895       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518469499       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518599020      +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
518469501      +Qual Asset Reovery,    7 Foster Ave Suite 101,    Gibbstown, NJ 08026-1191
518469503     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State Of New Jersey,     P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518469502      +South Jersey Health System,    PO Box 3129,   Secaucus, NJ 07096-3129
518469504      +Vineland Municipal Utilites,    PO Box 1508,   640 E. Wood Street,    Vineland, NJ 08360-3722
518493612      +Vineland Municipal Utilities,    Jeffrey N. Medio, Esq.,    717 E. Elmer St., Ste 7,
                 Vineland, NJ 08360-4758

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 17 2020 23:06:18     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2020 23:06:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518469498      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 17 2020 23:06:01     IRS,   1601 Market St,
                 Philadelphia, PA 19103-2301
518469500       E-mail/Text: EBN_Charlotte@MeduitRCM.com Jun 17 2020 23:05:42     PMAB LLC,
                 4135 S Stream Blvd Ste,   Charlotte, NC 28217
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518469496*       IRS,   PO Box 744,   Springfield, NJ 07081-0744
518469497*       IRS,   PO Box 725,   Special Procedures Function,    Springfield, NJ 07081
518469492      ##A-1 Collection,    101 Grovers Mill Road - Suite 303,   Lawrenceville, NJ 08648-4706
                                                                                               TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Jun 17, 2020
                                  Form ID: 132             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor   New Residential Mortgage LLC
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          Seymour   Wasserstrum    on behalf of Debtor Orlando  Garcia-Lopez mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```