Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27957−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Orlando Garcia−Lopez
   595 Ridgewood Drive
   Vineland, NJ 08361

Social Security No.:
   xxx−xx−2966

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on July 17, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 37 − 3
Order Approving Interim Confirmation Order (related document:3 Chapter 13 Plan and Motions filed by Debtor Orlando Garcia−Lopez). Payments in the amount of $250.00 per month, beginning 10/1/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/17/2020. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 17, 2020
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Orlando Garcia-Lopez  
     Debtor

Case No. 19-27957-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 17, 2020  
                 Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.  
lm          #+Ditech Financial LLC,   Attn: Loss Mitigation,   2100 E. Elliot Road,   Bldg 94,   Tempe, AZ 85284-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:  
          Aleisha Candace Jennings   on behalf of Creditor   New Residential Mortgage LLC    ajennings@rasflaw.com  
          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com  
          Seymour   Wasserstrum   on behalf of Debtor Orlando   Garcia-Lopez mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                        TOTAL: 6